**DISMISS and Opinion Filed July 1, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01131-CV

**PAULINE MCLARTY NEVERS, Appellant**
**V.**
**LLOYD G. NEVERS, Appellee**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-01965**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Carlyle
Opinion by Justice Myers

Before the Court is appellant's motion to dismiss. Appellant no longer wishes to pursue this appeal. Accordingly, we grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Lana Myers/
LANA MYERS
JUSTICE

181131F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

PAULINE MCLARTY NEVERS, Appellant

No. 05-18-01131-CV     V.

LLOYD G. NEVERS, Appellee

On Appeal from the 255th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-18-01965.
Opinion delivered by Justice Myers. Justices Molberg and Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee LLOYD G. NEVERS recover his costs of this appeal from appellant PAULINE MCLARTY NEVERS.

Judgment entered this 1st day of July, 2019.